**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH DAKOTA**
**SOUTHERN DIVISION**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF SOUTH DAKOTA and JAYSEN HILL,<br><br>*Plaintiffs*,<br><br>v.<br><br>MONAE JOHNSON, in her official capacity as Secretary of State of the State of South Dakota, and SCOTT D. MCGREGOR, LINDLEY HOWARD, KENT ALBERTY, JAMALIA FRANZEN, KRISTIN MATSUDA, and AUSTIN HOFFMAN, in their official capacities as members of the State Board of Elections of South Dakota,<br><br>*Defendants*. | Case No. 4:26-cv-04162-ECS |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiffs League of Women Voters of South Dakota ("LWVSD") and Jaysen Hill move for a preliminary injunction against all Defendants to enjoin aspects of their implementation of Senate Bill 175, codified at SDCL §§ 12-4-1, 12-4-1.3, 12-4-1.4. For the reasons explained in Plaintiffs' accompanying Memorandum of Law, they seek to preliminarily enjoin Defendants from registering individuals as federal-only voters on the basis of a lack of documentary proof of citizenship without providing affected voters with adequate and meaningful notice and an opportunity to cure their application, and further, to require Defendant Monae Johnson to issue guidance to South Dakota's county auditors instructing them to provide all voters with adequate and meaningful notice and an opportunity to cure before

registering them as federal-only voters because of failure to provide documentary proof of citizenship or errors with such documentation.

Additionally, due to the urgent nature of this matter and fast-approaching election deadlines, Plaintiffs request that the Court expedite the normal briefing requirements for this motion. Local Rule 7.1(B) provides that a party has 21 days to respond to a motion unless "otherwise specifically ordered by the court," and that the moving party then has 14 days to reply. Plaintiffs request that the Court order Defendants to file their response within 10 days (that is, by September 3, 2026) and Plaintiffs file their reply within five days (that is, by September 8, 2026).

Plaintiffs request this expedited briefing scheduling to resolve this matter in advance of upcoming election deadlines in South Dakota. Voting will soon be underway, with absentee voting starting on September 18, 2026, and the deadline to register to vote approaching on October 19, 2026. *See* S.D. Sec'y of State, *2026 Election Information*, https://perma.cc/6PJQ-8JAC (last visited Aug. 24, 2026). District courts have the "power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Rosenbauer Am., LLC v. Advantech Serv. & Parts, LLC*, 437 F. Supp. 2d 1081, 1084 (D.S.D. 2006). This includes the ability to expedite the preliminary injunction briefing schedule. *See, e.g.*, *Libertarian Party of S.D. v. Krebs*, No. 4:15-CV-04111-KES, 2016 WL 11608492 (D.S.D. Dec. 12, 2016).

## ORAL ARGUMENT

Pursuant to Local Rule 7.1(c), Plaintiffs request oral argument in support of this motion.

Respectfully submitted on this 24th day of August, 2026.

/s/ *Matthew Tysdal*
Matthew Tysdal
Pete Heidepriem
Heidepriem, Purtell, Siegel, Hinrichs
101 West 69th Street, Suite 105A
Sioux Falls, SD 57108
(605) 252-9277
matthew@hpslawfirm.com
pete@hpslawfirm.com

Alice C.C. Huling*
Dana Paikowsky*
William Hancock*
Melissa Neal*
Daniel Brophy*
Campaign Legal Center
1101 14th St NW, Ste. 400
Washington, DC 20005
(202) 736-2200
ahuling@campaignlegalcenter.org
dpaikowsky@campaignlegalcenter.org
whancock@campaignlegalcenter.org
mneal@campaignlegalcenter.org
dbrophy@campaignlegalcenter.org

Andrew Malone
South Dakota Bar No. 5186
American Civil Liberties Union of South Dakota
P.O. Box 91952
Sioux Falls, South Dakota 57109
(678) 416-8970
amalone@aclu.org

Jacob van Leer*
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
(202) 715-0815
jvanleer@aclu.org

William Hughes*
Sophia Lin Lakin*
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
whughes@aclu.org
slakin@aclu.org

*Attorneys for Plaintiffs*

**pro hac vice* application forthcoming