**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH DAKOTA**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF SOUTH DAKOTA and JAYSEN HILL,<br><br>*Plaintiffs*,<br><br>v.<br><br>MONAE JOHNSON, in her official capacity as Secretary of State of the State of South Dakota, and SCOTT D. MCGREGOR, LINDLEY HOWARD, KENT ALBERTY, JAMALIA FRANZEN, KRISTIN MATSUDA, and AUSTIN HOFFMAN, in their official capacities as members of the State Board of Elections of South Dakota,<br><br>*Defendants*. | Civil No. 4:26-cv-04162-ECS |

**DECLARATION OF ATTORNEY MELISSA NEAL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to 28 U.S.C. § 1746, I, Melissa Neal, declare that:

1. I am over the age of 18 and am competent to make this declaration. I am an attorney with Campaign Legal Center. I am admitted to practice law in the District of Columbia and before multiple federal district courts and courts of appeal. I am seeking *pro hac vice* admission in the above-captioned matter and am an attorney for Plaintiffs in this matter.
2. I submit this declaration to provide the Court with true and correct copies of certain documents submitted in connection with Plaintiffs' Motion for Preliminary Injunction.
3. Exhibit 1 is a true and correct copy of the letter created and maintained by the Secretary of State in the statewide voter registration system, TotalVote, and sent by the Office of

the Hughes County Finance Officer to a voter notifying them of their registration as a federal voter, dated April 8, 2026. I received this letter on April 16, 2026, in response to a public records request to the Hughes County Finance Officer, Thomas Oliva, who serves as the county's auditor. The voter's personally identifying information (*i.e.* name and address) was redacted when I received it.

4. Exhibit 2 is a true and correct copy of the Secretary of State's Memorandum titled "Implementation Guidance for Senate Bill 175 (Voter Registration US Citizenship Requirements)," dated March 26, 2026, which Plaintiffs refer to as "SOS Memorandum on S.B. 175 Implementation."

5. Exhibit 3 is a true and correct copy of the Secretary of State's "Voter Registration US Citizenship Documentation Checklist," which was distributed to county auditors in March 2026.

6. Exhibit 4 is a true and correct copy of the Declaration of Kathryn Johnson, the President of the League of Women Voters of South Dakota, dated August 24, 2026.

7. Exhibit 5 is a true and correct copy of the League of Women Voters of South Dakota Rulemaking Petition regarding the implementation S.B. 175, dated June 2, 2026.

8. Exhibit 6 is a true and correct copy of the Declaration of Jaysen Hill, dated August 24, 2026.

9. Exhibit 7 is a compilation of true and correct copies of email correspondence and documents exchanged between me and the Meade County Auditor's office on August 19, 2026, regarding a public records request. The third and fourth pages are the attachments I received from the Meade County Auditor's office on August 19. The third page attachment is a letter created and maintained by the Secretary of State in the

statewide voter registration system, TotalVote, sent by the Meade County Auditor's office to a federal voter notifying her of her registration as a federal voter, dated April 16, 2026. I have redacted the voter's personally identifying information (i.e. name and address).

10. Exhibit 8 is a compilation of true and correct copies of email correspondence and documents exchanged between me and the Hutchinson County Auditor's office on August 19, 2026, regarding a public records request. The third page is the attachment I sent with the August 19 email correspondence. The fourth page is the attachment I received from the Hutchinson County Auditor's office on August 19. That attachment is a letter created and maintained by the Secretary of State in the statewide voter registration system, TotalVote, sent by the Hutchinson County Auditor's office to a federal voter notifying him of his registration as a federal voter, and dated July 13, 2026. I have redacted the voter's personally identifying information (*i.e.* name and address).

Dated: August 24, 2026.

Respectfully submitted,

Melissa Neal

Melissa Neal*
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Ste. 400
Washington, D.C. 20005
(202) 736-2200
mneal@campaignlegalcenter.org

**pro hac vice* application forthcoming