# EXHIBIT 1

# Office of the HUGHES COUNTY FINANCE OFFICER

THOMAS OLIVA, FINANCE OFFICER
104 E. CAPITOL AVENUE
PIERRE, SD 57501

**OFFICIAL VOTER REGISTRATION MATERIAL**

**RETURN SERVICE REQUESTED**

PIERRE, SD 57501

## VOTER REGISTRATION FEDERAL ONLY VOTER

4/8/2026

You have used a commercial mail receiving agency, mail forwarding service or post office box as your residence address without providing a description of the location of your residence.

You do not meet the requirements to be a South Dakota resident for voting in all elections. You may still vote in federal elections and will be registered to vote only in the statewide primary, runoff, special or general elections for the following contests: U.S. President, U.S. Senate for the State of South Dakota, and U.S. House of Representatives for the State of South Dakota. (SDCL 12-4-1.3)

| | |
|---|---|
| Voting Precinct | Precinct-04 |
| Municipal | Pierre City |
| School | Pierre School District 32-2 |
| State Senate | 24 |
| State House | 24 |
| Water | |

PARTY: REP
RESIDENCE ADDRESS: , PIERRE, SD 57501
DATE OF REGISTRATION OR DATE OF CHANGE:
As of today, your polling place is New Life Assembly of God Church, 1120 N Harrison Ave, Pierre or Faith Lutheran Church, 714 N Grand Ave., Pierre or Capitol Lake Visitors Center, 650 E Capitol Ave., Pierre or Blunt City Hall, 202 W Butte Ave., Blunt or Harrold Auditorium, 202 S Nixon Ave. , Harrold.

For additional information, please HUGHES County Auditor at (605) 773-7451

NOTE-2597501