UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF SOUTH DAKOTA; JAYSEN HILL,<br><br>Plaintiffs,<br><br>vs.<br><br>MONAE JOHNSON, Secretary of State of the State of South Dakota, in official capacity; SCOTT D. MCGREGOR, Member of the State board of Elections of South Dakota, in official capacity; LINDLEY HOWARD, Member of the State board of Elections of South Dakota, in official capacity; KENT ALBERTY, Member of the State board of Elections of South Dakota, in official capacity; JAMALIA FRANZEN, Member of the State board of Elections of South Dakota, in official capacity; KRISTIN MATSUDA, Member of the State board of Elections of South Dakota, in official capacity; AUSTIN HOFFMAN, Member of the State board of Elections of South Dakota, in official capacity,<br><br>Defendants. | 4:26-CV-04162-ECS<br><br>ORDER GRANTING PLAINTIFFS' REQUEST FOR EXPEDITED BRIEFING |

Plaintiffs filed a lawsuit alleging claims under 42 U.S.C. § 1983 and 52 U.S.C. § 10101 based on Defendants registering new voter applicants who do not comply with South Dakota's new documentary proof of citizenship (DPOC) requirement as federal-only voters without providing effective notice and opportunity to fix problems with their voter registration application. Doc. 1. Plaintiffs move for a preliminary injunction seeking to (1) enjoin Defendants from registering applicants as federal-only voters for lack of DPOC without

providing adequate notice and an opportunity to cure and (2) require South Dakota Secretary of State to provide related guidance to South Dakota county auditors. Doc. 10.

As part of Plaintiffs' Motion for Preliminary Injunction, they ask that the Court expedite the normal briefing requirements for the Motion because absentee voting begins on September 18, 2026. Id. at 2. Good cause appearing, this Court grants Plaintiffs' request for expedited briefing. Defendants must file their response on or before September 4, 2026, and Plaintiffs must file their reply on or before September 9, 2026. Accordingly, it is

ORDERED that Plaintiffs' Request for Expedited Briefing Schedule, Doc. 10, is granted. Defendants must file their response on or before September 4, 2026, and Plaintiffs must file their reply on or before September 9, 2026. It is further

ORDERED that the parties must jointly contact the Court forthwith to address scheduling this matter for a hearing. It is further

ORDERED that Plaintiffs must provide Defendants with a copy of this Order forthwith.

DATED this 25th day of August, 2026.

BY THE COURT:

ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE