UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
DIVISION

League of Women Voters of South Dakota, et al., )
Plaintiff )
vs. )
Monae Johnson, et al., )
Defendant. )

CIV 4:26-cv-04162-ECS

**MOTION FOR ADMISSION PRO HAC VICE**

**Statement of Movant**

I, Matthew Tysdal, an active member of the Bar of the U.S. District Court for the District of South Dakota, request that this Court admit pro hac vice William Hancock who will be counsel for the ☒ plaintiff(s) ☐ defendant(s) League of Women Voters of South Dakota et al. in the case listed above. I have confirmed that Mr. Hancock is a member in good standing of the U.S. District Court for the District of Columbia, where Mr. Hancock's principal practice is located. I am aware of D.S.D. Civ. LR. 83.2 (E) regarding the appearance of attorneys pro hac vice.

8/28/26
Date

[signature]
Signature

**Statement of Proposed Admittee**

I, William Hancock, am currently a member in good standing of the U.S. District Court for the District of Columbia. I am also a member in good standing

of the highest court of the state of the District of Columbia, where my principal practice is located, but am not admitted to the South Dakota Bar. I am aware of D.S.D. Civ. LR 83.2 (E) regarding the appearance of attorneys pro hac vice and understand that local counsel must sign and file all documents, and must continue in the case unless another attorney admitted to practice in this court is substituted. I understand that I will receive notice electronically and that it is my responsibility to keep my electronic mail address(es) current.

First/Middle/Last Name: William Hancock

Primary E-mail Address: whancock@campaignlegalcenter.org

Other E-mail Address to be notified:

Telephone Number: (202) 736-2200

Fax Number: (202) 736-2222

Firm Name: Campaign Legal Center

Firm Address: 1101 14th St. NW, Suite 400
Washington, DC 20005

Bar Admission Number: 90002204

D.S.D. Civ. LR 83.2 (E). requires disclosure of any prior or pending disciplinary actions from those attorneys seeking admission pro hac vice. Please list any and all such disciplinary actions.

Not applicable.

- I will review and abide by the Local Rules of Practice for the District of South Dakota, General Orders, Administrative Procedures, and all technical and procedural requirements. These documents and current system requirements can be found on the Court's web site located at http://www.sdd.uscourts.gov
- I understand that I will receive notice electronically of all non-sealed documents and that it is my responsibility to keep my electronic mail address(es) current.
- This system is for the U.S. District Court for the District of South Dakota and will be used to receive electronic notification of non-sealed documents that are filed with the District of South Dakota. Each e-mail address listed will be allowed one free access to the document filed for 15 days from the time of notification.
- For additional access the user will need to have a PACER Service Account. This account can be established by contacting the PACER Service Center at http://pacer.psc.uscourts.gov or 1-800-676-6856.

| 8/21/26 | William Hancock | [signature] |
|---|---|---|
| Date | Type/Print Name | Signature |