UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF SOUTH DAKOTA, JAYSEN HILL,<br><br>Plaintiffs,<br><br>vs.<br><br>MONAE JOHNSON, SECRETARY OF STATE OF THE STATE OF SOUTH DAKOTA, IN OFFICIAL CAPACITY; SCOTT D. MCGREGOR, MEMBER OF THE STATE BOARD OF ELECTIONS OF SOUTH DAKOTA, IN OFFICIAL CAPACITY; LINDLEY HOWARD, MEMBER OF THE STATE BOARD OF ELECTIONS OF SOUTH DAKOTA, IN OFFICIAL CAPACITY; KENT ALBERTY, MEMBER OF THE STATE BOARD OF ELECTIONS OF SOUTH DAKOTA, IN OFFICIAL CAPACITY; JAMALIA FRANZEN, MEMBER OF THE STATE BOARD OF ELECTIONS OF SOUTH DAKOTA, IN OFFICIAL CAPACITY; KRISTIN MATSUDA, MEMBER OF THE STATE BOARD OF ELECTIONS OF SOUTH DAKOTA, IN OFFICIAL CAPACITY; AND AUSTIN HOFFMAN, MEMBER OF THE STATE BOARD OF ELECTIONS OF SOUTH DAKOTA, IN OFFICIAL CAPACITY;<br><br>Defendants. | 4:26-CV-04162-ECS<br><br>ORDER SETTING MOTION HEARING |

On August 24, 2026, Plaintiff filed a Motion for Preliminary Injunction and requested oral argument. Doc. 10. For good cause, and after consultation with counsel for the parties, it is hereby

ORDERED that a motion hearing for oral argument is set for Friday, September 11, 2026, at 2:00 p.m., in Courtroom 2 of the United States Courthouse in Sioux Falls, South Dakota.

DATED this 31st day of August, 2026.

BY THE COURT:

ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE