UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

| | | |
|---|---|---|
| LEAGUE OF WOMEN VOTERS OF SOUTH DAKOTA; JAYSEN HILL,<br><br>Plaintiffs,<br><br>v.<br><br>MONAE JOHNSON, Secretary of State of the State of South Dakota, in official capacity; SCOTT D. MCGREGOR, Member of the State Board of Elections of South Dakota, in official capacity; LINDLEY HOWARD, Member of the State Board of Elections of South Dakota, in official capacity; KENT ALBERTY, Member of the State Board of Elections of South Dakota, in official capacity; JAMALIA FRANZEN, Member of the State Board of Elections of South Dakota, in official capacity; KRISTIN MATSUDA, Member of the State Board of Elections of South Dakota, in official capacity; AUSTIN HOFFMAN, Member of the State Board of Elections of South Dakota, in official capacity,<br><br>Defendants. | : | 4:26-CV-04162-ECS<br><br>**DECLARATION OF CHRISTINE LEHRKAMP** |

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

I, Christine Lehrkamp, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the director of elections for the office of the South Dakota Secretary of State, and I have personal knowledge of the facts stated in this declaration.

2. The Secretary's office offers nonbinding guidance to county auditors, who are responsible for registering voters and for administering the registration process, including by deciding whether prospective voters are eligible to participate in elections.

3. Sometimes, this guidance takes the form of responses to inquiries from individual county auditors. For instance, attached to this declaration as **EXHIBIT 1** is a true and correct copy of an email exchange in which I, on behalf of the Secretary's office, provided advice to a county auditor's office about how to treat mailed-in registration packets that, to the auditor's understanding, did not comply with South Dakota's new proof-of-citizenship law.

4. Other times, this guidance takes the form of correspondence sent, via email listserv, to all county auditors' offices at once. For example, attached to this declaration as **EXHIBIT 2** is a true and correct copy of an email I sent to the listserv outlining the Secretary's responses to some common questions concerning the new proof-of-citizenship law.

5. While the Secretary does not register voters, once a county auditor registers an individual voter and enters that voter's information into the registration database, the Secretary's office has access to a profile created for the individual voter. Attached as **EXHIBIT 3** to this declaration are true and correct screenshots of the voter profile for Jaysen Hill, the individual plaintiff in this lawsuit. I added the text explaining each screenshot.

6. According to the voter profile, Hill registered to vote in Minnehaha County on May 4, 2026; the Minnehaha County Auditor flagged that "[c]itizenship documentation [was] needed"; and Hill was registered as a federal-only voter pursuant to SDCL § 12-4-1.3.

7. The voter profile also permits the Secretary's office to view correspondence sent by the county auditor to the voter. In this case, Hill's voter profile includes a document (labeled "[m]iscellaneous") sent to him by the Minnehaha County Auditor's office on May 4, 2026. A true and correct copy of this document—which, to my understanding, was created and issued by the Minnehaha County Auditor's office—is attached to this declaration as **EXHIBIT 4**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 4th day of September, 2026.

Christine Lehrkamp

Christine Lehrkamp