**EXHIBIT**
**1**

**From:** Lehrkamp, Christine <Christine.Lehrkamp@state.sd.us>
**Sent:** Thursday, April 2, 2026 9:28 AM
**To:** Arrow Bettelyoun <election@frcounty.org>
**Cc:** SOS-Elections <Elections@state.sd.us>
**Subject:** RE: [EXT] A question about SB 175

Please understand that the legislation did not go into detail as to a process you all should use. All we can do is offer guidance on what seems logical to do. Enter the voter as a federal voter. Then reach out, via a letter, to the voter explaining why they are federal and what they have to do to become a full ballot voter. Make sure you scan the letter into the voter's record. Then it's on the voter to provide that documentation to you.

**Christine Lehrkamp**

***Director, Division of Elections***
**Office of the Secretary of State**
500 East Capitol Ave., Ste. 204
Pierre, SD 57501
Phone 605.773.3537 (Main) / Fax 605.773.6580
Email: Christine.Lehrkamp@state.sd.us
Website: http://sdsos.gov

***Confidentiality Notice***
This message is being sent by or on behalf of the South Dakota Secretary of State's Office. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, confidential, or otherwise legally exempt from disclosure. If you are the named addressee, you are **not authorized** to copy, share, or disseminate this message to any other individuals.

If you are not the named addressee, you are not authorized to read, print, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by telephone at (605) 773-3537 or reply by email and delete all copies of the message.

**From:** Arrow Bettelyoun <election@frcounty.org>
**Sent:** Wednesday, April 1, 2026 11:37 AM
**To:** SOS-Elections <Elections@state.sd.us>
**Subject:** Fwd: [EXT] A question about SB 175

Hi,
Please help me with this issue

Thank you,

**Arrow Bettelyoun**
**Elections Administrative Assistant**
**Fall River & Oglala Lakota Counties**
**906 N River Street**
**Hot Springs, SD 57747**
**(605) 745-5130**

---------- Forwarded message ---------
From: **Arrow Bettelyoun** <election@olcounty.org>
Date: Mon, Mar 30, 2026 at 4:24 PM
Subject: A question about SB 175
To: Elections <elections@state.sd.us>

Hello,
If we received a bunch of voter registrations through the mail and they weren't registered beforehand anywhere and they didnt mail in proof of citizenship along with form. What do I do? Please let me know

Thank you,
**Arrow Bettelyoun**
**Elections Administrative Assistant**
**Fall River & Oglala Lakota Counties**
**906 N River Street**
**Hot Springs, SD 57747**
**(605) 745-5130**