**EXHIBIT**
**2**

**From:** Lehrkamp, Christine <Christine.Lehrkamp@state.sd.us>
**Sent:** Monday, March 30, 2026 4:39 PM
**To:** SOS-Elections <Elections@state.sd.us>
**Subject:** Questions regarding SB 175

Hello Auditors and Staff-
Below are answers to the various questions that have been asked after we sent out guidance on SB 175. Thank you.

Does the birth certificate have to be certified or can it be the certificate issued by the hospital? Seeing a photocopy of the birth certificate is acceptable. The law says nothing about it being certified.

If they are married and changed their name, they would have to show a birth certificate and a marriage certificate, right? No. They have to show one of the documents that we outlined on the checklist. Remember this is for **new** voters only.

When you say if they are already registered, this does not apply, do you mean registered anywhere in the state or just in our county? Any voter currently registered in the state as of March 26, 2026, is a registered voter.

We are wondering about having the following information added to the form because if someone is married or changed their name since birth would we need to get copies of marriage license, any other legal name change form for those that are adopted, divorced or legally change their name. A name change does not matter. When someone registers for the first time, they have to provide you proof of citizenship.

If the registrations come from the DMV - are we to assume that all that documentation was provided so we are good to just enter their registrations so we won't need to contact them for proof of these documents. Yes that is correct. Thank you for asking that as I forgot to mention it.

With this new law coming into effect, do they still have to be living in the county for 30 days to register to vote? Yes. The residency law has not changed nor is it affected by SB 175.

How are we going to verify the ones that come through DL, when we cannot see any of their documents, especially when we are already getting Hispanics and South African's that are on there that shouldn't be. They are not on there anymore, cause we knew that they were South African's, so we marked them as invalid/incomplete. But we are a small county, so we are able to catch that. They had left the top 2 boxes blank when we requested to see the DL application. So that's why I ask, You surly don't want an email from the Auditor's every time one comes through, that we need to request a copy of one of the "approved" documents. DPS will be verifying citizenship as anyone getting a license or renewing a license, since July 2025, now will have on the back of their license indicating if they are a US Citizen or not.

If I am reading this correctly, we can only accept driver's license, ID cards, tribal card if they register to vote in person. Is that correct? If someone registers to vote via mail, they would have to provide a photocopy of their birth certificate, US passport, etc. Is that correct? Someone registering to vote via mail could not attach a photocopy of their ID. Any of the documents listed are allowed to be provided as proof citizenship.

Do we require a marriage certificate or divorce decree in situations where a new registration name doesn't match their other citizenship documentation? What do you do now when this occurs? You all have had voters that the name on the voter registration application gets flagged because that name doesn't go with the SSN number of DL number they provided. You contact the voter to find out why things aren't matching up.

On the Memorandum Document
VI. DPS - the way this is worded it sounds like any SD Driver's License that has the Real ID designation on it that was issued beginning in 2010 would fulfill the citizenship proof for any new voters registering in SD. Is this correct? Yes that is how it was explained to us by the Governor's office.

If someone comes in to register and we don't find them in our county, should we check to see if they are registered in another county in SD? This should be your normal practice to check for the voter before entering them new.
If they are that would mean they wouldn't be required to submit citizenship proof correct? Correct.

If someone cannot show us a Driver's license with their citizenship designation on it and they have had a name change due to marriage, court order, or adoption, would they need to supply us with a copy of that name change document along with their birth certificate? (since their ID would not match their birth certificate and citizenship is probably not listed on marriage, court order or adoption documents? What do you do now when this occurs? You all have had voters that the name on the voter registration application gets flagged because that name doesn't go with the SSN number of DL number they provided. You contact the voter to find out why things aren't matching up.

Will the DMV be notified that we will need proof of citizenship on the voter registrations? Or, will we be needing to reach out to the individuals to try and get a copy of the proof of citizenship? DPS is already validating proof of citizenship for a voter that registers when they get a license so you do not have to do anything.

Do I need a federal voter split in every precinct? See email that Heather had sent last week.

Would the proof of citizenship need to be provided to our office prior to the voter registration deadline to be eligible to vote on local election? If the voter in NEW and has indicated that they are a US citizen but they have not provided proof of citizenship they should be registered as Federal voter until they provide the proof.

Will we receive a copy of the Proof of Citizenship along with the Voter Registration form when someone registers to vote through Drivers Licensing? See above.
If we don't, do we assume that the examiner witnessed proof of citizenship? Yes

**Christine Lehrkamp**

***Director, Division of Elections***
**Office of the Secretary of State**
500 East Capitol Ave., Ste. 204
Pierre, SD 57501
Phone 605.773.3537 (Main) / Fax 605.773.6580
Email: Christine.Lehrkamp@state.sd.us
Website: http://sdsos.gov

***Confidentiality Notice***
This message is being sent by or on behalf of the South Dakota Secretary of State's Office. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, confidential, or otherwise legally exempt from disclosure. If you are the named addressee, you are **not authorized** to copy, share, or disseminate this message to any other individuals.

If you are not the named addressee, you are not authorized to read, print, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by telephone at (605) 773-3537 or reply by email and delete all copies of the message.