EXHIBIT 3

Image of the Voter Info tab on the voter record. You can see that the voter is Federal Only by the blue shading.



| Voter ID | Name | DL#/Non-Driver ID# | SSN | DOB | Age | Last Reg Date | Status | Party | County | Last Voted | Go to Scan Page |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 979671 | Hill, Jaysen Danielle | [redacted] | | [redacted]980 | 46 | 5/4/2026 | Active | NPA | Minnehaha | | |

Voter Info | Edit Voter | Absentee | Voter History | Validate | Imaging | Change Log | Notifications | Add To Race

Close | Dymo Label | Absentee Request | Vote In Person

Residence Address: 3500 S GATEWAY BLVD APT 100 | City: SIOUX FALLS | State: SD | Zip: 57106 | County: Minnehaha

Mailing Address: 3500 S GATEWAY BLVD APT 100 | City: SIOUX FALLS | State: SD | Zip: 57106

Email: jellyroll725@gmail.com | Telephone: (605) 650-0418 | Split Number: 01010605 | Poll Worker

Original Reg. Date: 5/4/2026 | Last Updated Date: 5/4/2026

Source of Registration: Mail | Notes: Citizenship documentation needed

**Federal Voter Only pursuant to SDCL 12-4-1.3.**

Default Signature

Move Voter to County: Select | Move

| District Name | Code |
|---|---|
| Circuit Court Judge - Second Circuit | 2 |
| Council District - Southwest | SW |
| House - District 11 | 11 |
| Municipal - Sioux Falls | 942 |
| **Precinct - Precinct-0106** | **0106** |
| Soil Conservation - Minnehaha County | Minnehaha |
| School - Sioux Falls School District 49-5 | 495 |
| Senate - District 11 | 11 |
| Ward - Sioux Falls Ward-1 | 1 |
| Water Development - East Dakota WDD 8 | 8 |

| Polling Place | Address | City | State | Instructions |
|---|---|---|---|---|
| Sunnycrest United Methodist Church | 4801 W 41st St | Sioux Falls | SD | |

| Ballot | Date | Election |
|---|---|---|
| FedOnly - Precinct-0106 | 11/03/2026 | General |

Imaging shows documents that are uploaded to a voter's record. The Misc document is the letter that Minnehaha created and sent to the voter regarding citizenship documentation needed.



| Voter ID | Name | DL#/Non-Driver ID# | SSN | DOB | Age | Last Reg Date | Status | Party | County | Last Voted | Go to Scan Page |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 979671 | Hill, Jaysen Danielle | [redacted] | | [redacted]980 | 46 | 5/4/2026 | Active | NPA | Minnehaha | | |

Voter Info | Edit Voter | Absentee | Voter History | Validate | Imaging | Change Log | Notifications | Add To Race

Images | Signatures

Upload File:

Note:

Images:

| Change Type | Source | Notes | Date Created (CT) | Added By | County | | Clip Signature | | |
|---|---|---|---|---|---|---|---|---|---|
| Miscellaneous | | Citizenship documentation needed | 5/4/2026 12:11:38 PM | Doug Grinsell | Minnehaha | View Document | | | Edit |
| New Registration | | VR 979671 | 5/4/2026 12:04:01 PM | Doug Grinsell | Minnehaha | View Document | | | Edit |

Original Voter Registration form.

**South Dakota Voter Registration Form**
**County**

Use this form to register to vote or update your name, address, or party affiliation. (2025)

**Eligibility** Required

1 Are you a citizen of the United States? Yes (circled) No
I will be 18 years or older by the next election. Yes (circled) No

*If you answer "No", in response to either of these questions do not complete this form.*

**Birthdate** Required

2 Birthdate *(Not today's date)*: [redacted] 1 9 8 0
Month Day Year

**Name** Required

3

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| Hill | Jaysen | Danielle | |

**Identification** Required

4 SD Driver's License (DL) # or SD Non-Driver ID #: [redacted]
OR
Last 4 digits of your SSN: X X X - X X [redacted]

If you do not have a current SD DL # or SD Non-Driver ID #, provide the last 4 digits of Social Security Number.

**The Address Where You Live in South Dakota** Required

Write your address or describe or draw where you live.

No PO Boxes.

5

| Residence Address | Apt # or Lot # |
|---|---|
| 3500 S Gateway Blvd | 100 |

| City or Town | State | Zip Code |
|---|---|---|
| Sioux Falls | SD | 57106 |

OR

If you live in a rural area and do not have a street address; if your residence address is a PO Box, rural box, or general delivery; or if you have no address, please describe the physical location of your residence in writing in the space provided which may include writing the names of the streets or intersections nearest to where you live and listing any landmarks (e.g., schools, churches, stores) near where you live. If you run out of room or if you want to draw a map to pinpoint your residence and you do not have enough room in the space provided, use the back of this form.

RECEIVED
MAY 04 2026
Minnehaha County Auditor

**The Address Where You Receive Mail**

If different from your address in section 5.

6

| Mailing Address | Apt # or Lot # |
|---|---|
| 3500 S Gateway Blvd | 100 |

| City or Town | State | Zip Code |
|---|---|---|
| Sioux Falls | SD | 57106 |

**Party Affiliation**

7

- If you're currently registered in South Dakota and you don't choose a party on this form, you'll keep your current party affiliation.
- If you are not currently registered in South Dakota and you don't choose a party on this form, you'll be registered with no party affiliation.

Write in Your Party Affiliation:

See the SD Voter Registration Instructions for recognized party information.

**Declaration** Required

If you can't sign your name, you may make a mark instead. Someone else must write your name near the mark and sign as a witness.

(SDCL 2-14-2)

8

I declare, under penalty of perjury (2 years imprisonment and $4,000 fine), that:

- I am a citizen of the United States of America;
- I will be 18 years of age at the time of the next election;
- I am a resident of South Dakota (residency laws are on the back of this form);
- I have not been judged mentally incompetent;
- I am not currently serving a sentence for a felony conviction;
- I authorize cancellation of my previous registration, if applicable; and
- I have complied with all voter registration requirements in SDCL chapter 12-4.

**Voter, sign here** (power of attorney not allowed)

X [signature]

Today's Date: 04 29 2026
Month Day Year

VR 979671 dg

Change log shows activity on the voter record. Very little activity at this point.

| Voter ID | Name | DL#/Non-Driver ID# | SSN | DOB | Age | Last Reg Date | Status | Party | County | Last Voted | Go to Scan Page |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 979671 | Hill, Jaysen Danielle | [redacted] | | [redacted]1980 | 46 | 5/4/2026 | Active | NPA | Minnehaha | | |

Voter Info | Edit Voter | Absentee | Voter History | Validate | Imaging | Change Log | Notifications | Add To Race

| Edit Type | Field | Old Value | New Value | Employee | Date Changed |
|---|---|---|---|---|---|
| County | Note | | Citizenship documentation needed | Doug Grinsell | 5/4/2026 12:12:05 PM |
| Regular | Record Added | | | Doug Grinsell | 5/4/2026 12:01:17 PM |

Go to Rollback Page

Voter Action Items

| Field | Employee | County Name | Date Changed |
|---|---|---|---|
| Image added to this voter. | Doug Grinsell | Minnehaha | 5/4/2026 12:11:38 PM |
| Image added to this voter. | Doug Grinsell | Minnehaha | 5/4/2026 12:04:01 PM |

This is the Notifications tab on a voter's record. The Acknowledgement notice is automatically triggered when the voter was added.



| Voter ID | Name | DL#/Non-Driver ID# | SSN | DOB | Age | Last Reg Date | Status | Party | County | Last Voted | Go to Scan Page |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 979671 | Hill, Jaysen Danielle | [redacted] | | [redacted]/1980 | 46 | 5/4/2026 | Active | NPA | Minnehaha | | |

Voter Info | Edit Voter | Absentee | Voter History | Validate | Imaging | Change Log | Notifications | Add To Race

Notice Type -Select- Create Notice Notes: Dymo Label Next Unsent Notice

| | Type | Notes | Date Notice Created | Created By | Printed By | Date Sent (CT) | Time Elapsed (1-30 Days) | Date Returned (CT) | Returned By | Returned By | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| View Sent Document | Acknowledgement | | 5/5/2026 2:18:46 AM | | Anna Schreurs | 5/5/2026 7:02:10 AM | | | | -Select- Submit | Notice Sent | Edit | Hold Notice |