Jaysen Hill

**Minnehaha County Auditor's Office**
Leah G. Anderson, Auditor

On March 26, 2026. Governor Larry Rhoden signed Senate Bill 175 into law. The Act contains an emergency clause and was therefore effective immediately.

The Act establishes new requirements related to documentary proof of United States citizenship for certain voter registrations and clarifies the distinction between full voter registration and federal-only voter registration.

South Dakota law recognizes a bifurcated voter registration system under SDCL § 12-4-1.3:
- **Complete Registration:** Allows participation in all federal, state, and local elections.
- **Federal-Only Registration:** Limits participation to federal offices (President, Vice President, U.S. Senate, and U.S. House of Representatives).

SB 175 expands the circumstances under which an individual may be designated a federal-only voter. In addition to existing law (e.g., failure to meet residency requirements), **an individual who does not provide documentary proof of citizenship at the time of registration must be registered as a federal-only voter**. This framework is intended to remain consistent with the National Voter Registration Act (NVRA) by not imposing documentary proof of citizenship requirements for *federal* elections, while requiring such proof for full voter registration in *state* elections.

**SB 175 is not retroactive** and **does not** affect currently registered voters.
The requirements apply only to
- Individuals registering to vote for the first time or
- Individuals registering to vote after having previously been removed from the voter registration list.

The following individuals are **not subject** to the new proof of citizenship requirement:
- Currently registered voters and
- Inactive voters who remain on the voter rolls.

**V. Acceptable Documentary Proof of Citizenship For Voter Registration Only**
Under SB 175 Section 3, or at SDCL § 12-4-1.4, acceptable proof of citizenship for voter registration includes:
1. A South Dakota driver license or nondriver identification card issued after July 1, 2025;
2. A driver license or nondriver ID card from another state indicating citizenship has been verified;
3. A tribal identification card; or
4. A photocopy of one of the following:
   - o Birth certificate;
   - o United States passport;
   - o Consular Report of Birth Abroad issued by the U.S. Department of State;
   - o The individual's certificate of naturalization; or
   - o Any other documentation permitted under 42 C.F.R. § 436.407.

If you have any questions, please do not hesitate to contact our office.

*Best Regards,*
*Leah Anderson*
*Minnehaha County Auditor*