UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF SOUTH DAKOTA; JAYSEN HILL,<br><br>Plaintiffs,<br><br>vs.<br><br>MONAE JOHNSON, Secretary of State of the State of South Dakota, in official capacity; SCOTT D. MCGREGOR, Member of the State board of Elections of South Dakota, in official capacity; LINDLEY HOWARD, Member of the State board of Elections of South Dakota, in official capacity; KENT ALBERTY, Member of the State board of Elections of South Dakota, in official capacity; JAMALIA FRANZEN, Member of the State board of Elections of South Dakota, in official capacity; KRISTIN MATSUDA, Member of the State board of Elections of South Dakota, in official capacity; AUSTIN HOFFMAN, Member of the State board of Elections of South Dakota, in official capacity,<br><br>Defendants. | 4:26-CV-04162-ECS<br><br>ORDER SETTING HEARING |

Plaintiffs filed a lawsuit alleging claims under 42 U.S.C. § 1983 and 52 U.S.C. § 10101. Doc. 1. They moved for a preliminary injunction regarding Defendants' implementation of Senate Bill 175, particularly concerning a notice drafted by the South Dakota Secretary of State's Office and sent to federal only voters and guidance the Secretary of State's Office provided county auditors. Docs. 10, 11, 38. The Court was on the cusp of ruling on Plaintiffs' Motion for Preliminary Injunction, but last evening, Defendants filed a declaration from the Secretary of

State alleging changes in practice regarding the notice and additional guidance provided to county auditors. Doc. 40. Accordingly, this Court finds it prudent to hold a hearing to address the potential impact of these changes on Plaintiffs' pending motion. The undersigned will attend the hearing remotely from the Federal Courthouse in Pierre, South Dakota, and the parties may attend the hearing remotely from their offices or from the Federal Courthouse in Sioux Falls, South Dakota. A courtroom will be open for public viewing of the hearing in the Federal Courthouse in Sioux Falls. For good cause, it is

ORDERED that a hearing will take place on **September 15, 2026, at 3:00 p.m. central time, with public viewing available in Courtroom 2 of the Federal Courthouse in Sioux Falls, South Dakota.** The parties may appear from the Federal Courthouse in Sioux Falls or remotely from their offices. The undersigned will appear remotely from the Federal Courthouse in Pierre.

DATED this 15th day of September, 2026.

BY THE COURT:

ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE