UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

LEAGUE OF WOMEN VOTERS OF SOUTH DAKOTA; JAYSEN HILL, : 4:26-CV-04162-ECS

Plaintiffs, :

v. :

MONAE JOHNSON, Secretary of State of the State of South Dakota, in official capacity; SCOTT D. MCGREGOR, Member of the State Board of Elections of South Dakota, in official capacity; LINDLEY HOWARD, Member of the State Board of Elections of South Dakota, in official capacity; KENT ALBERTY, Member of the State Board of Elections of South Dakota, in official capacity; JAMALIA FRANZEN, Member of the State Board of Elections of South Dakota, in official capacity; KRISTIN MATSUDA, Member of the State Board of Elections of South Dakota, in official capacity; AUSTIN HOFFMAN, Member of the State Board of Elections of South Dakota, in official capacity,

**SUPPLEMENTAL DECLARATION OF MONAE L. JOHNSON**

Defendants. :

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

I, Monae L. Johnson, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the South Dakota Secretary of State, and I have personal knowledge of the facts stated in this declaration.

2. On September 15, 2026, my office received confirmation from the TotalVote vendor that, at my office's request, it had disabled TotalVote's auto-populating letter feature from use in preparing the notification letter to federal-only registrants.

3. On the same day, my office sent an email-listserv update to the county auditors, informing the auditors that the auto-populating letter feature had been successfully disabled for the federal-only notification and reiterating that the auditors would now have to manually produce an appropriate notice for anyone registered as a federal-only voter.

4. Since the enactment of Senate Bill 175 earlier this year, my office has advised individual county auditors to create and send a separate letter to registrants who were designated as federal-only voters on the basis of their failure to provide sufficient documentary proof of citizenship. An illustrative example of the advice given to auditors is reflected in the email exchange that was submitted as Exhibit 1 to the Declaration of Christine Lehrkamp.

5. Consistent with that view, barring a change in the underlying legislation, I have no present or future intention of acting to reinstate an auto-populating letter that contemplates only the failure to supply a residential address, without also making available an auto-populating letter that contemplates the failure to provide documentary proof of citizenship.

6. Barring a change in the underlying legislation, I thus have no present or future intention of revoking the September 14, 2026, guidance I issued to South Dakota's county auditors. This guidance is attached as Exhibit 3 to my previous declaration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 16th day of September, 2026.

Monae L. Johnson

Monae L. Johnson